UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIS K. DAVIS,<br><br>  Petitioner,<br><br>  v.<br><br>STATE OF NEVADA,<br><br>  Respondent. | Case No. 2:25-cv-01379-GMN-BNW<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, MOTION FOR APPOINTMENT OF COUNSEL, AND MOTION FOR STAY, AND DISMISSING ACTION** |

This action was initiated *pro se*, on July 28, 2025, by Willis K. Davis, an individual incarcerated at Nevada's High Desert State Prison. On that date, Davis filed an application to proceed *in forma pauperis*. ECF No. 1. Then, on August 5, 2025, Davis filed a motion for appointment of counsel. ECF No. 3. And on August 19, he filed a motion for stay. ECF No. 4.

The application to proceed *in forma pauperis* is incomplete in that it does not include the required financial certificate signed by a prison officer. *See* Local Rule LSR 1-2. The application will be denied for that reason.

Furthermore, while it appears from the application to proceed *in forma pauperis* that Davis intends to file a petition for writ of habeas corpus, the Court has not received a petition from him. Without a petition for writ of habeas corpus, the Court is unable to screen this action (*see* Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts), and the Court is properly unable to address either the motion for appointment of counsel or the motion for stay.

The Court will therefore deny the application to proceed *in forma pauperis,* the motion for appointment of counsel, and the motion for stay, and dismiss this action, all without prejudice.

The dismissal of this action will not have any adverse effect on Petitioner with respect to any statute of limitations issue, as there is not yet a pleading on file asserting any claim. If Davis still wishes to file a petition for writ of habeas corpus in federal court, he must do so in a new case; he should not put this case number (2:25-cv-01379-GMN-BNW) on the documents he submits to initiate such a new case.

It appears from the motion for stay that Davis might intend to initiate a proceeding in state court based on alleged newly discovered evidence. Davis does not need this Court's leave, or permission, to do so.

**IT IS THEREFORE ORDERED** that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 1), Motion for Appointment of Counsel (ECF No. 3), and Motion for Stay and Abeyance (ECF No. 4) are **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that, because jurists of reason would not find it debatable whether the Court is correct in this ruling, Petitioner is **DENIED** a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to:

- enter judgment accordingly and close this case;
- transmit a copy of this Order to the Attorney General of the State of Nevada.
- send Petitioner the forms and instructions he would need to apply to proceed *in forma pauperis* and file a petition for writ of habeas corpus.

DATED THIS __19__ day of _____August_____, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2